# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Anthony Valiant, | Court File No.: 21-cv-00072-WMW-HB |
| Plaintiff, | |
| v. | **NOTICE OF WITHDRAWAL OF COUNSEL** |
| Todd Leonard, MD, acting in his official capacity as the Medical Director and sole owner of MEnD correctional Care, PLLC; Amanda Ross, PA-C, acting in her individual capacity as medical staff in the Wright County Jail; Amber Christian, RN, in her individual capacity as medical staff in the Wright County Jail; MEnD Correctional Care, PLLC; and Wright County, | |
| Defendants. | |

PLEASE TAKE NOTICE, pursuant to Rule 83.7(a) of the Local Rules of the United States District Court for the District of Minnesota that Bradley R. Prowant, Esq. hereby withdraws as counsel for Defendants Dr. Todd Leonard, Amanda Ross, Amber Christian, and MEnD Correctional Care, PLLC (collectively "the MEnD Defendants") in the above-entitled proceeding.  Anthony J. Novak and Carolin J. Nearing from Larson · King, LLP will remain counsel of record.

Date:  June 29, 2021                          **LARSON · KING, LLP**

By   *s/Bradley R. Prowant*
Anthony J. Novak (0351106)
Carolin Nearing (0291791)
Bradley R. Prowant (0396079)
2800 Wells Fargo Place
30 E. Seventh Street
St. Paul, MN  55101
Tel:  (651) 312-6500
Fax:  (651) 312-6618
tnovak@larsonking.com
cnearing@larsonking.com
bprowant@larsonking.com

Attorneys for Dr. Todd Leonard, Amanda Ross, Amber Christian, and MEnD Correctional Care, PLLC