# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| Anthony Valiant, | ) | COURT MINUTES – CIVIL |
| | ) | BEFORE: HILDY BOWBEER |
| | ) | U.S. MAGISTRATE JUDGE |
| Plaintiff, | ) Case No: | 21-cv-0072 (WMW/HB) |
| | ) Date: | February 23, 2022 |
| v. | ) Courthouse: | Saint Paul |
| | ) Courtroom: | ZoomGov |
| Todd Leonard, MD, | ) Recording: | NONE |
| Amanda Ross, | ) Time Commenced: | 9:03 AM |
| Amber Christian, | ) Time Concluded: | 5:27 PM |
| MEnD Correctional Care, PLLC, and Wright County, | ) Time in Court: | 8 Hours & 24 Minutes |
| Defendants. | | |

Hearing on: **SETTLEMENT CONFERENCE**

**APPEARANCES:**

   For Plaintiff:  Andrew Noel
   Anthony (Tony) Valiant - Plaintiff

   For Defendants Todd Leonard, MD, Amanda Ross, Amber Christian,
   MEnD Correctional Care, PLLC:  Anthony J. Novak
   Dr. Todd Leonard – President of MEnD Correctional Care, PLLC
   Amber Basra – Complex Claims Specialist, Ironshore, a Liberty Mutual Company

   For Defendant Wright County:  Stephanie A. Angolkar
   Tom Kolthoff – Claims Representative from Minnesota Counties Intergovernmental Trust
   Captain Patrick O'Malley – Wright County Jail Administrator

**PROCEEDINGS:**

☐   Settlement reached.  Terms stated on the record.

   Any transcript of the terms of settlement is Confidential and shall be SEALED, with access being allowed only to the parties and their counsel.

☒   No settlement reached.  However, the parties will continue to talk over the next two weeks in an attempt to close the gap in their positions.  They will update the Court on any developments and will let the Court know if the Court can be of further assistance.

**Other Remarks:**

 s/*LNP*
Courtroom Deputy
